| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

WW Tradewinds, LLC, §
　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　§
versus　　　　　　　　　　§　　Civil Action H-13-1379
　　　　　　　　　　　　　　§
Timberlakes Lighthouse §
Apartments, LP II, et al., §
　　　　　　　　　　　　　　§
　　　　　Defendants. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached, the court dismisses this case with prejudice except that the parties may move for reinstatement by June 24, 2013.

2. This court retains jurisdiction to enforce the settlement.

Signed on June 2, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge